UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| GARY L. DOSS, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | No. 1:19-CV-188 |
| v. ) | |
| ) | Judge Collier |
| CITY OF GRAYSVILLE, *et al.*, ) | Magistrate Judge Lee |
| ) | |
| *Defendants.* ) | |

## **O R D E R**

Before the Court is a motion by Plaintiff to modify the scheduling order in connection with Plaintiff's pending motion for discovery sanctions. (Doc. 29.) Also before the Court is a joint motion by the parties to extend the discovery and dispositive-motion deadlines by one month each to allow the parties to mediate their dispute. (Doc. 32.) The parties also ask the Court to hold Plaintiff's motion for sanctions in abeyance pending the results of their mediation.

The Court issued a scheduling order in this matter on September 16, 2019. (Doc. 16.) The discovery deadline is July 31, 2020, dispositive motions are due on August 31, 2020, and trial is scheduled for December 7, 2020. (*Id.*) A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(a)(4).

Plaintiff states that he filed his motion out of an abundance of caution because he is seeking significant sanctions relief by a separate motion, and the parties and the Court will need time to address Plaintiff's motion for sanctions. (Doc. 29.) Other than an unspecified extension of deadlines in general, Plaintiff does not request any specific relief. Plaintiff also does not explain why litigation of the motion for sanctions could not proceed along with the other tasks the parties

must complete in connection with the case. The Court accordingly **DENIES** Plaintiff's motion (Doc. 29) as lacking good cause.

The parties' joint motion represents that, following the depositions of Plaintiff, on May 12, 2020, and of the City Recorder, on June 18, 2020, the parties agreed that their dispute could be settled and that it would be advisable to mediate. (Doc. 32.) The parties have agreed on a mediator and are considering mediation dates in August 2020. (*Id.*) The parties ask to extend the discovery and dispositive-motion deadlines by one month each, to hold Plaintiff's motion for sanctions in abeyance pending the results of their mediation, and to allow Defendants to respond to the motion for sanctions seven days after the parties' mediation. (*Id.*)

For good cause shown, the Court **GRANTS** the joint motion (Doc. 32). The Scheduling Order (Doc. 16) is **AMENDED** as follows:

1. All discovery shall be completed by **August 31, 2020**.
2. Dispositive motions shall be filed no later than **September 30, 2020**.

The Court further holds Plaintiff's motion for sanctions (Doc. 27) **IN ABEYANCE** pending completion of the parties' mediation. The parties shall file a joint report regarding the status of the case no later than **three days** after completion of the mediation. Defendants' responses to the motion for sanctions shall be filed no later than **seven days** after completion of the mediation.

Except as expressly stated in this Order, all deadlines and requirements of the Scheduling Order (Doc. 16) remain unchanged.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

3